**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 17 B 02022 |
| Kristan Hill, ) | HON. Jacqueline P. Cox |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

**NOTICE OF MOTION**

TO:   Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe St. STE 3850, Chicago, IL 60603, via electronic court notification;

Anna Valencia, City Clerk, 121 N. LaSalle Street, Room 107, Chicago, IL 60602;

Todd J Ruchman, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216, representing U.S. Bank Trust National Association;

See attached service list.

Please take notice that on February 11, 2019, at 10:00 a.m. I shall appear before the Honorable Judge Jacqueline P. Cox in Courtroom 680 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion and you may appear if you so choose.

**PROOF OF SERVICE**

The undersigned, an attorney, certifies that he sent this notice and the attached motion on January 21, 2019, to:

The Chapter 13 Trustee listed above via electronic notice; and

To the attached service list via U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.

/s/ *Steve Miljus*
Attorney for Debtor

The Semrad Law Firm, LLC
20 South Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 17-02022<br>Northern District of Illinois<br>Eastern Division<br>Mon Jan 21 11:23:54 CST 2019 | Capital One Auto Finance c/o AIS Portfolio S<br>P.O. Box 4360<br>Houston, TX 77210-4360 | Capital One Auto Finance c/o AIS Portfolio S<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Capital One Auto Finance, a division of Capi<br>P.O. BOX 165028<br>IRVING, TX 75016-5028 | LVNV Funding LLC c/o Resurgent Capital Servi<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Quantum3 Group LLC as agent for<br>Wollemi Acquisitions LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | CAPITAL ONE<br>P O Box 30253<br>Salt Lake City, UT 84130-0253 | CAPITAL ONE AUTO FINAN<br>3901 DALLAS PKWY<br>PLANO, TX 75093-7864 |
| CB/Victoria Secret<br>PO Box 659728<br>San Antonio, TX 78265-9728 | CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | CHASE CARD<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 |
| COMMUNITY WIDE FCU<br>1555 W WESTERN AVE<br>SOUTH BEND, IN 46619-3742 | Capital One Auto Finance C/O<br>AIS Portfolio Serv fka<br>AIS Data Serv dba Ascension Capital<br>4515 N Santa Fe Ave Dept APS<br>Oklahoma City OK 73118-7901 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| Cavalry Spv I, LLC<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | Chase<br>Po Box 9001871<br>Louisville, KY 40290-1871 | DEPT OF EDUCATION / NELNET<br>121 S 13TH ST<br>LINCOLN, NE 68508-1904 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Healthcare Finance Direct<br>1201 24th St Ste B200<br>Bakersfield, CA 93301-2383 |
| LVNV Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC   29603-0587 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | MERRICK BK<br>POB 9201<br>OLD BETHPAGE, NY 11804-9001 |
| PROSPER MARKETPLACE IN<br>268 bush st<br>box 3134<br>San Francisco, CA 94104-3503 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Prosper Marketplace Inc.<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | SPEEDWAY/SSA<br>539 S MAIN ROOM 36<br>FINDLAY, OH 45840-3229 | SYNCB/CARECR<br>PO Box 960061<br>Orlando, FL 32896-0061 |

Santander Consumer USA
ATT POC: Janiscia Jackson PO Box 961245
Fort Worth, TX 76161-0244

Santander Consumer USA, Inc.
P.O. Box 961245
Fort Worth, TX 76161-0244

The Home Depot/CBNA
P.O. Box 105972
Atlanta, GA 30348-5972

U.S. Bank Trust NA
c/o Wells Fargo Bank, N.A.
Default Document Processing N9286-01Y
1000 Blue Gentian Road
Eagan MN, 55121-7700

U.S. Bank Trust National Association
c/o Manley, Deas & Kochalski, LLC
P.O. Box 165028
Columbus, Ohio 43216-5028

U.S. Department of Education C/O Nelnet
121 South 13th Street, Suite 201
Lincoln, NE 68508-1911

WELLS FARGO HOME MORTGAGE
7495 NEW HORIZON WAY
FREDERICK, MD 21703-8388

Kristan Hill
21940 S. Clyde Ct
Sauk Village, IL 60411-4905

Nathan E Delman
The Semrad Law Firm, LLC
20 South Clark
28th Floor
Chicago, IL 60603-1811

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Steve Miljus
The Semrad Law Firm, LLC
20 S Clark, 28th
Chicago, IL 60603

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603-5764

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DISCOVERBANK
POB 15316
WILMINGTON, DE 19850

Portfolio Recovery Associates, LLC
Successor to CAPITAL ONE BANK, N.A.
(ORCHARD BANK)
POB 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
Successor to CITIBANK, N.A.
(BEST BUY VISA)
POB 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
Successor to CITIBANK, N.A.
(THE HOME DEPOT CONSUMER)
POB 41067
Norfolk, VA 23541


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)U.S. Bank Trust National Association

(d)Capital One Auto Finance, a division of Ca
P.O. Box 165028
Irving, TX 75016-5028

(d)Quantum3 Group LLC as agent for
Wollemi Acquisitions LLC
PO Box 788
Kirkland, WA 98083-0788


End of Label Matrix
Mailable recipients    41
Bypassed recipients     3
Total                  44

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 17 B 02022 |
| Kristan Hill, ) | HON. Jacqueline P. Cox |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, Kristan Hill, by and through Debtor's attorneys, The Semrad Law Firm, LLC and hereby moves this Honorable Court to modify the confirmed Chapter 13 Plan. Debtor states the following:

1. On January 24, 2017, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. On March 27, 2017, this Honorable Court confirmed the Debtor's Chapter 13 Plan of reorganization.

3. The confirmed Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority to be paid 100.00% of their allowed claims.

4. The confirmed Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $1,250.00 monthly for 36 months.

5. Debtor was unable to afford both regular expenses and his Plan payment. As a result, a default accrued.

6. Debtor can continue making payments moving forward.

7. Debtor respectfully requests this Honorable Court to defer the current plan default to the end of the plan of reorganization.

8. Debtor is in a position to proceed with the instant case.

9. Debtor has filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order modifying the Debtor's Chapter 13 Plan in order to defer the current plan default to the end of the plan of reorganization; and

B. For such other and further relief as the Court deems fair and proper.

/s/ *Steve Miljus*___
Attorney for Debtor

The Semrad Law Firm, LLC
20 South Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625